IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 16 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| TAMMY WILHITE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AWE KUALAWAACHE CARE CENTER, PAUL LITTLELIGHT, LANA THREE IRONS, HENRY PRETTY ON TOP, SHANNON BRADLEY and CARLA CATOLSTER,<br><br>　　　　　Defendants. | CV 18-80-BLG-SPW<br><br>ORDER |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the telephonic preliminary pretrial conference set for Friday, August 24, 2018 at 1:30 p.m. is **VACATED** and **RESET** for **Friday, August 24, 2018 at <u>10:30 a.m.</u>,** changing the time for the pretrial conference only.

The clerk of court is directed to notify all parties of the making of this Order.

DATED this 16th day of August, 2018.

　　　　　　　　　　　　　　　　　/s/ Susan P. Watters
　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　United States District Judge

1