UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TAMMY WILHITE,<br><br>             Plaintiff,<br><br>vs.<br><br>AWE KUALAWAACHE CARE CENTER; PAUL LITTLELIGHT; LANA THREE IRONS; HENRY PRETTY ON TOP; SHANNON BRADLEY; CARLA CATOLSTER,<br><br>             Defendant. | Case No. CV-18-80-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      JUDGMENT IS ENTERED IS FAVOR OF THE DEFENDANTS AND AGAINST THE PLAINTIFF AS STATED IN THE COURTS ORDER E.C.F. 39.
.

      Dated this 22nd day of October, 2018.

                          TYLER P. GILMAN, CLERK

                          By: /s/ E.Hamnes
                          E.Hamnes, Deputy Clerk